```
FILED
07 JUN 26 PM 12: 27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TESSTAB OPERATIONS GROUP, INC. dba MCDONALD'S #5416; MCDONALD'S CORPORATION,<br><br>　　　　　Defendants. | Case No.   07 CV 0840 L (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME  [DOC. #8]** |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for extension of time. **IT IS FURTHER ORDERED** that defendant McDonald's Corporation shall file a responsive pleading to plaintiff's Complaint on or before July 16, 2007.

**IT IS SO ORDERED.**

Dated: 6/25/07

　　　　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz,
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

Hon. Barbara L. Major
United States Magistrate Judge

All parties/counsel